UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 22, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

EMMANUEL NAVA,

   Defendant.

Case No. 2:24-mj-00008-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  EMMANUEL NAVA, Case No. 2:24-mj-00008-DB, Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

 ____ Release on Personal Recognizance

 _X_ Bail Posted in the Sum of $ 50,000.00.

  _X_ Unsecured Appearance Bond $ 50,000.00.

  ____ Appearance Bond with 10% Deposit

  ____ Appearance Bond with Surety

  ____ Corporate Surety Bail Bond

  ____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

_X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 22, 2024 at 2:15 p.m.

   By: _/s/ Jeremy Peterson_
     Magistrate Judge Jeremy D. Peterson